Thiago M. Coelho, SBN 324715
*thiago.coelho@wilshirelawfirm.com*
Chumahan B. Bowen, SBN 268136
*chumahan.bowen@wilshirelawfirm.com*
Jennifer Leinbach, SBN 281404
*Jennifer.leinbach@wilshirelawfirm.com*
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiffs
and Proposed Class*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARYN BUKSBAUM, JANINE SABELLA, DEBORAH THAYER, DIESHA HODGES, California residents, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BOAR'S HEAD PROVISIONS CO., INC., DOES 1 to 10, inclusive<br><br>Defendants. | Case No.: 3:25-cv-00597-RSH-BLM<br><br>**CLASS ACTION**<br><br>**NOTICE OF AMENDMENT OF COMPLAINT PER FED. R. CIV. P. 15(a)**<br><br>Complaint filed: February 13, 2025<br>Action Removed: March 13, 2025<br>FAC Filed: April 10, 2025<br>Trial Date:          None Set |

Plaintiffs Sharyn Bukbaum, Janine Sabella, Deborah Thayer, and Diesha Hodges ("Plaintiffs") hereby provide notice that they timely filed their First Amended Complaint on April 10, 2025, pursuant to Federal Rule of Civil Procedure 15(a) against Defendant Boar's Head Provisions Co., Inc. ("Defendant"). Rule 15 permits a plaintiff to amend the complaint "once as a matter of course within . . . 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a)(1)(B). Defendant's Motion to Dismiss (the "Motion") [ECF No. 2] was filed on March 20, 2025, and Plaintiffs filed their First Amended Complaint within 21 days, as permitted under the Rule. Thus, Defendant's Motion challenging the sufficiency of Plaintiffs' original Complaint [ECF No. 1-2] is moot given the timely filing of the First Amended Complaint. Plaintiffs respectfully request that the Court deny Defendant's Motion in its entirety as moot. *See Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1006–08 (9th Cir. 2015) (concluding that the filing of a subsequent amended complaint moots a pending motion to dismiss targeting the sufficiency of a superseded complaint because the superseded complaint "ceased to exist" and "was no longer in effect.").

Pursuant to Local Civil Rule 15.1 (c) and Honorable Robert S. Huie's Civil Pretrial and Trial Procedures, attached hereto is a redline version showing how the amended complaint differs from the operative complaint.  The First Amended Complaint will be filed immediately following this docket entry.

Dated:  April 10, 2025                                Respectfully submitted,

/s/ Thiago M. Coelho
Thiago M. Coelho
Chumahan B. Bowen
Jennifer M. Leinbach
**WILSHIRE LAW FIRM, PLC**
*Attorneys for Plaintiffs and the Proposed Class*