1  BROWNSTEIN HYATT FARBER SCHRECK, LLP
   Jonathan C. Sandler, Bar No. 227532
2  jsandler@bhfs.com
   2029 Century Park East, Suite 950
3  Los Angeles, California  90067-2918
   Telephone:  310.500.4600
4  Facsimile:   310.500.4602

5  Attorneys for Defendant
   BOAR'S HEAD PROVISIONS CO., INC.

6

7

8                  UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10

11  SHARYN BUKSBAUM, JANINE            Case No. 3:25-cv-00597-RSH-BLM
    SABELLA, DEBORAH THAYER,
12  DIESHA HODGES, California          **DEFENDANT BOAR'S HEAD**
    residents, individually, and on behalf of   **PROVISIONS CO., INC'S**
13  all others similarly situated,     **REQUEST FOR JUDICIAL**
                                       **NOTICE IN SUPPORT OF ITS**
14              Plaintiffs,            **REPLY TO MOTION TO**
                                       **DISMISS AMENDED**
15      v.                            **COMPLAINT**

16  BOAR'S HEAD PROVISIONS CO.,        [*Filed concurrently with Reply in*
    INC., DOES 1 to 10, inclusive,     *Support of Motion to Dismiss and*
17                                     *Declaration of Ben Dalman*]
                Defendants.
18                                     NO ORAL ARGUMENT UNLESS
                                       SEPARATELY ORDERED BY THE
19                                     COURT

20                                     Date: May 29, 2025
                                       Judge: Hon. Robert S. Huie
21

22          Pursuant to Federal Rule of Evidence 201, Defendant BOAR'S HEAD

23  PROVISIONS CO., INC. ("Boar's Head" and/or "Defendant") respectfully requests

24  that the Court take judicial notice of the attached materials in support of its Motion

25  to Dismiss Plaintiffs' First Amended Class Action Complaint [Dkt. 5] ("AC").

26          The materials at issue are the labels for the five Boar's Head brand products

27  identified in the AC during the time period of the alleged purchases referenced in the

28

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
2029 Century Park East, Suite 950
Los Angeles, CA 90067-2918

AC. *See* AC ¶¶ 11-14. These documents can be considered in ruling on the Motion because they form the basis for Plaintiffs' claims and are incorporated by reference into the AC given that the AC repeatedly refers to the product labels (*e.g.*, AC ¶¶ 15, 26, 38, 42, 52, 74, 81, 104). *See Garza v. Spectrum Brands Pet LLC*, 760 F. Supp. 3d 1039, 1046 (E.D. Cal. 2024) ("[i]n the context of a motion to dismiss claims based upon allegedly misleading product labels, the Court may take judicial notice of the images depicting the product labels at issue"); *Steiner v. Vi-Jon Inc.*, 723 F. Supp. 3d 784, 789-90 (N.D. Cal. 2024) (taking judicial notice of label because "Plaintiffs' substantive allegations all refer to the representations made on the Germ-X product label").[1]

Therefore, Boar's Head respectfully requests this Court take judicial notice of the following exhibits attached to the Declaration of Ben Dalman, Vice President of R&D and Product Excellence at Boar's Head:

**Exhibit A**: The labels for Boar's Head brand EverRoast Chicken in use during the time period August 2024 through January 2025.

**Exhibit B**: The labels for Boar's Head brand Mesquite Wood Smoked Roasted Turkey in use during the time period August 2024 through January 2025.

**Exhibit C**: The labels for Boar's Head brand Sweet B's Honey Barbeque Glazed Chicken in use during the time period August 2024 through January 2025.

**Exhibit D**: The labels for Boar's Head brand Hard Salami in use during the time period August 2024 through January 2025.

**Exhibit E**: The labels for Boar's Head brand Vermont Cheddar Cheese in use during the time period August 2024 through January 2025.

---

[1] Further warranting judicial notice of the labels is that Plaintiffs' opposition to the Motion makes references such as "explicit misrepresentations on product labels" (Opp. 4) and "specific statements on the Defendant's labels" (*id.* 6).

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
2029 Century Park East, Suite 950
Los Angeles, CA 90067-2918

DEFENDANT BOAR'S HEAD REQUEST
FOR JUDICIAL NOTICE
Case No: 3-25-CV-00597-RSH-BLM

Dated:  May 22, 2025

BROWNSTEIN HYATT FARBER SCHRECK, LLP


By: /s/ Jonathan C. Sandler

Jonathan C. Sandler
Attorneys for Defendant
BOAR'S HEAD PROVISIONS
CO., INC.

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
2029 Century Park East, Suite 950
Los Angeles, CA 90067-2918

# EXHIBIT A



# Boar's Head

## Nutrition Facts

Serving Size 2oz (56g)
Servings Per Container Varied

**Amount Per Serving**

**Calories** 60   Calories from Fat 10

% Daily Value*

| | |
|---|---:|
| **Total Fat** 1g | **2%** |
| Saturated Fat 0g | **0%** |
| *Trans* Fat 0g | |
| Polyunsaturated Fat 0g | |
| Monounsaturated Fat 0.5g | |
| **Cholesterol** 30mg | **10%** |
| **Sodium** 440mg | **18%** |
| **Potassium** 160mg | **5%** |
| **Total Carbohydrate** 1g | **0%** |
| Sugars 1g | |
| **Protein** 10g | **18%** |

| | | |
|---|---|---:|
| Vitamin C 2% | • | Iron 2% |

Not a significant source of Dietary Fiber, Vitamin A, and Calcium.

*Percent Daily Values are based on a 2,000 calorie diet.

## EVERROAST®
### CHICKEN BREAST
#### BONELESS · SKINLESS

*Slow roasted for homestyle flavor, Boar's Head EverRoast® Chicken Breast is seasoned with carrots, celery, onions and a medley of spices, making each delicious slice simply the best roast chicken – ever.*

**GOOD SOURCE OF PROTEIN**
**SATURATED FAT FREE**

**Compromise elsewhere®**

© 2024 BOAR'S HEAD BRAND
DISTRIBUTED BY: BRUNCKHORST CO., NY, NY 11206-3886

INGREDIENTS: CHICKEN BREAST, WATER, LESS THAN 1.5% OF SALT, MALTODEXTRIN, SUGAR, DEXTROSE, SODIUM PHOSPHATE, FLAVOR, CHICKEN BROTH.
COATED WITH: BROWN SUGAR, CARROT, ONION, SEA SALT, MALTODEXTRIN, DEXTROSE, SPICES, GARLIC, CHICKEN BROTH, AND 2% OR LESS OF CELERY, NATURAL FLAVOR, CARROT POWDER, FLAVORING, PARSLEY.

*13014 - 2822*

0g TRANS FAT PER SERVING - EXTRA LEAN - GLUTEN FREE
LOW FAT - MILK FREE - NO MSG - NO PRESERVATIVES

*boarshead.com*



Start Slicing Here



# Boar's Head

## Nutrition Facts

Serving Size 2oz (56g)
Servings Per Container Varied

**Amount Per Serving**

**Calories** 60   Calories from Fat 10

% Daily Value*

| | |
|---|---|
| **Total Fat** 1g | **2%** |
| Saturated Fat 0g | **0%** |
| *Trans* Fat 0g | |
| Polyunsaturated Fat 0g | |
| Monounsaturated Fat 0.5g | |
| **Cholesterol** 30mg | **10%** |
| **Sodium** 440mg | **18%** |
| **Potassium** 160mg | **5%** |
| **Total Carbohydrate** 1g | **0%** |
| Sugars 1g | |
| **Protein** 10g | **18%** |

Vitamin C 2%   •   Iron 2%

Not a significant source of Dietary Fiber, Vitamin A, and Calcium.

*Percent Daily Values are based on a 2,000 calorie diet.



## CHICKEN BREAST
### BONELESS - SKINLESS

*Slow roasted for homestyle flavor, Boar's Head EverRoast® Chicken Breast is seasoned with carrots, celery, onions and a medley of spices, making each delicious slice simply the best roast chicken – ever.*

GOOD SOURCE OF PROTEIN
SATURATED FAT FREE

Compromise elsewhere®

© 2024 BOAR'S HEAD BRAND
DISTRIBUTED BY: BRUNCKHORST CO., NY, NY 11206-3886

INGREDIENTS: CHICKEN BREAST, WATER, LESS THAN 1.5% OF SALT, MALTODEXTRIN, SUGAR, DEXTROSE, SODIUM PHOSPHATE, FLAVOR, CHICKEN BROTH.
COATED WITH: BROWN SUGAR, CARROT, ONION, SEA SALT, MALTODEXTRIN, DEXTROSE, SPICES, GARLIC, CHICKEN BROTH, AND 2% OR LESS OF CELERY, NATURAL FLAVOR, CARROT POWDER, FLAVORING, PARSLEY.

13014 - 2822

0g TRANS FAT PER SERVING - EXTRA LEAN - GLUTEN FREE
LOW FAT - MILK FREE - NO MSG - NO PRESERVATIVES

*boarshead.com*



# EXHIBIT B



# Boar's Head

## Nutrition Facts

Serving Size 2oz (56g)
Servings Per Container Varied

**Amount Per Serving**

**Calories** 60    Calories from Fat 10

% Daily Value*

| | |
|---|---|
| **Total Fat** 1g | **2%** |
| Saturated Fat 0g | **0%** |
| *Trans* Fat 0g | |
| Polyunsaturated Fat 0g | |
| Monounsaturated Fat 0g | |
| **Cholesterol** 25mg | **8%** |
| **Sodium** 440mg | **18%** |
| **Potassium** 170mg | **5%** |
| **Total Carbohydrate** 0g | **0%** |
| **Protein** 12g | **21%** |
| Iron 2% | |

Not a significant source of Dietary Fiber, Sugars, Vitamin A, Vitamin C and Calcium.

*Percent Daily Values are based on a 2,000 calorie diet.

INGREDIENTS: TURKEY BREAST, WATER, CONTAINS LESS THAN ONE AND ONE HALF PERCENT OF SALT, SUGAR, SODIUM PHOSPHATE.

## MESQUITE WOOD SMOKED®

### ROASTED TURKEY BREAST

*For a distinct smoky and savory flavor inspired by Western smokehouse traditions, Boar's Head Mesquite Wood Smoked® Turkey Breast is carefully roasted and naturally smoked for a flavor that is sure to become a family favorite.*

### 32% LOWER SODIUM

*32% lower sodium than USDA data for smoked turkey breast with lemon pepper flavor.*

*Sodium content 440 mg per serving compared to 650 mg USDA data for smoked turkey with lemon pepper flavor.*

**Compromise elsewhere®**

© 2022 BOAR'S HEAD BRAND
DISTRIBUTED BY: BRUNCKHORST CO., NY, NY 11206-3886

2822

294

START SLICING HERE

0g TRANS FAT PER SERVING - GLUTEN FREE
LOW FAT - MILK FREE - NO MSG - NO PRESERVATIVES
RICH IN PROTEIN - SKINLESS

*boarshead.com*

# EXHIBIT C



## Boar's Head

### Nutrition Facts

Serving Size 2oz (56g)
Servings Per Container Varied

**Amount Per Serving**

**Calories** 60   Calories from Fat 5

| | % Daily Value* |
|---|---|
| **Total Fat** 1g | **2%** |
| Saturated Fat 0g | **0%** |
| *Trans* Fat 0g | |
| Polyunsaturated Fat 0g | |
| Monounsaturated Fat 0g | |
| **Cholesterol** 35mg | **12%** |
| **Sodium** 390mg | **16%** |
| **Total Carbohydrate** 3g | **1%** |
| Sugars 3g | |
| **Protein** 10g | **18%** |

| Vitamin A 2% | • | Iron 2% |
|---|---|---|

Not a significant source of Dietary Fiber, Vitamin C and Calcium.

*Percent Daily Values are based on a 2,000 calorie diet.



*Boar's Head® Sweet B's™ Honey Barbeque Glazed Chicken Breast is slow roasted and artfully crafted with layers of a proprietary glaze, infused with a delicate Wildflower Honey, and perfectly balanced with authentic barbeque flavors and hickory smoke.*

*Inspired by world-famous barbeque joints and the aficionados who know the reward is worth the wait comes an experience that brings the celebrated traditions, signature flavors, and iconic tastes of sweet barbeque straight to your local deli.*

**Compromise elsewhere.**®

© 2024 BOAR'S HEAD BRAND
DISTRIBUTED BY: BRUNCKHORST CO.,
NY, NY 11206-3886                    1714

13096

INGREDIENTS: CHICKEN BREAST, WATER, HONEY (HONEY, WILDFLOWER HONEY), SUGAR, SALT, SODIUM PHOSPHATE, NATURAL FLAVOR.
COATED WITH: HONEY, SUGAR, TOMATO PASTE, WATER, SALT, APPLE CIDER VINEGAR, SPICES, GARLIC POWDER, PAPRIKA, MOLASSES POWDER (SUCROSE, CANE MOLASSES), TAMARIND JUICE CONCENTRATE, BEEF GELATIN, NATURAL FLAVOR, TOMATO POWDER, SMOKED PAPRIKA, ONION POWDER, DRIED LEEK.

**GLUTEN FREE - MILK FREE
NO PRESERVATIVES**

*boarshead.com*



MICRO DOT

MICRO DOT

2.625 in

# EXHIBIT D



# Boar's Head

## Nutrition Facts

Serving Size 1oz (28g)
Servings Per Container Varied

**Amount Per Serving**

**Calories** 110  Calories from Fat 80

% Daily Value*

| | |
|---|---|
| **Total Fat** 9g | **14%** |
| Saturated Fat 3.5g | **18%** |
| *Trans* Fat 0g | |
| Polyunsaturated Fat 1g | |
| Monounsaturated Fat 4g | |
| **Cholesterol** 30mg | **10%** |
| **Sodium** 430mg | **18%** |
| **Potassium** 100mg | **3%** |
| **Total Carbohydrate** 1g | **0%** |
| **Protein** 6g | **12%** |
| Iron 2% | |

Not a significant source of Dietary Fiber, Sugars, Vitamin A, Vitamin C, and Calcium.

*Percent Daily Values are based on a 2,000 calorie diet.

## Hard Salami

0g TRANS FAT
PER SERVING

GLUTEN FREE

GOOD SOURCE
OF PROTEIN

NO MSG ADDED

MILK FREE

INGREDIENTS: PORK, BEEF, SALT, DEXTROSE, CONTAINS 2% OR LESS OF LACTIC ACID STARTER CULTURE, FLAVORINGS, NATURAL SMOKE FLAVORING, SPICE, SODIUM NITRITE, BHA, BHT, CITRIC ACID.

© 2021 BOAR'S HEAD BRAND
DISTRIBUTED BY:
BRUNCKHORST CO.,
NY, NY 11206-3886

0123235A

557

## Compromise elsewhere®

boarshead.com



# Boar's Head®

# HARD SALAMI

**PROCESSED WITH NATURAL SMOKE FLAVOR. BHA, BHT WITH CITRIC ACID ADDED TO PROTECT FLAVOR**

## Nutrition Facts

Serving Size 5 slices (28g)
Servings about 4.5

**Calories** 110
  Calories from Fat 80

*Percent Daily Values (DV) are based on a 2,000 calorie diet.

| Amount/Serving | %(DV)* | Amount/Serving | %(DV)* |
|---|---|---|---|
| **Total Fat** 9g | **14**% | **Potassium** 100mg | **3**% |
| Saturated Fat 3.5g | **18**% | **Total Carbohydrate** 1g | **0**% |
| *Trans* Fat 0g | | Dietary Fiber 0g | **0**% |
| **Cholesterol** 30mg | **10**% | Sugars 0g | |
| **Sodium** 430mg | **18**% | **Protein** 6g | **12**% |
| Vitamin A 0%  •  Vitamin C 0%  •  Calcium 0%  •  Iron 2% | | | |

**INGREDIENTS:** PORK, BEEF, SALT, DEXTROSE, CONTAINS 2% OR LESS OF LACTIC ACID STARTER CULTURE, FLAVORINGS, NATURAL SMOKE FLAVORING, SPICE, SODIUM NITRITE, BHA, BHT, CITRIC ACID.

**DISTRIBUTED BY:**
**BRUNCKHORST CO., NY, NY 11206-3886**
**© 2024 BOAR'S HEAD BRAND**
**BOARSHEAD.COM**



0  42421 50002  8

**0g TRANS FAT PER SERVING • GLUTEN FREE**
**GOOD SOURCE OF PROTEIN • MILK FREE • NO MSG ADDED**

50002-9739



**TEAR TO OPEN**
**ZIP TO RESEAL**

BRUNCKHORST'S

**Boar's Head**
BRAND

ALL NATURAL*

**UNCORED HARD SALAMI**

NATURAL SMOKE FLAVOR ADDED

NO NITRATES OR NITRITES ADDED†
†EXCEPT FOR THOSE NATURALLY OCCURRING IN
CULTURED CELERY JUICE AND SEA SALT

U.S. INSPECTED AND PASSED BY DEPARTMENT OF AGRICULTURE

**GLUTEN FREE**

*NO ARTIFICIAL INGREDIENTS, MINIMALLY PROCESSED.
REFRIGERATE AFTER OPENING

*SERVING SUGGESTION*

16235
0362237  10

DISTRIBUTED BY:
BRUNCKHORST CO., NY, NY
11206-3886

©2024 BOAR'S HEAD BRAND
BOARSHEAD.COM

# Nutrition Facts

Serv. Size 12 slices (28g)
Servings about 5

**Calories** 110
  Fat Cal. 80

*Percent Daily Values (DV) are based on a 2,000 calorie diet.

| Amount/serving | %(DV)* | Amount/serving | %(DV)* |
|---|---|---|---|
| **Total Fat** 9g | **14%** | **Sodium** 470mg | **20%** |
| Sat. Fat 3.5g | **16%** | **Total Carb.** 1g | **0%** |
| *Trans* Fat 0g | | Sugars 1g | |
| **Cholest.** 30mg | **9%** | **Protein** 6g | **11%** |
| Iron 4% | | | |

Not a significant source of Dietary Fiber, Vitamin A, Vitamin C and Calcium.

**INGREDIENTS:** PORK, BEEF, SALT, CANE SUGAR, CONTAINS 2% OR LESS OF NATURAL FLAVORS, NATURAL SMOKE FLAVOR, CULTURED CELERY JUICE, SEA SALT, SPICE, LACTIC ACID STARTER CULTURE, GARLIC POWDER.

NET WT 5 OZ (141g)

0  42421 16235 6

# EXHIBIT E





## Nutrition Facts

Varied servings per container

**Serving size** 1oz (28g)

**Amount per serving**

**Calories** 110

% Daily Value*

| | |
|---|---|
| **Total Fat** 10g | 12% |
| Saturated Fat 6g | 32% |
| *Trans* Fat 0g | |
| Polyunsaturated Fat 0g | |
| Monounsaturated Fat 2g | |
| **Cholesterol** 30mg | 10% |
| **Sodium** 200mg | 9% |
| **Total Carbohydrate** 0g | 0% |
| Dietary Fiber 0g | 0% |
| Total Sugars 0g | |
| Includes 0g Added Sugars | 0% |
| **Protein** 7g | 14% |
| Vitamin D 0mcg | 0% |
| Calcium 197mg | 15% |
| Iron 0mg | 0% |
| Potassium 23mg | 0% |

* The % Daily Value tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.

DISTRIBUTED BY:
BRUNCKHORST CO., NY, NY 11206-3886

628/629

### Boar's Head®

# Vermont Cheddar Cheese

INGREDIENTS: PASTEURIZED MILK, CHEESE CULTURES, SALT, ENZYMES, ANNATTO (VEGETABLE COLOR), IF COLORED.

0g TRANS FAT PER SERVING

GLUTEN FREE

GOOD SOURCE OF CALCIUM

GOOD SOURCE OF PROTEIN

LACTOSE FREE

MILK FROM COWS NOT TREATED WITH rBST*

SUITABLE FOR A VEGETARIAN DIET

*No significant difference has been shown between milk from rBST treated and untreated cows.

boarshead.com
© 2018 Boar's Head Brand®



# VERMONT CHEDDAR CHEESE

## Nutrition Facts

About 8 Servings

**Serving Size** 1oz(28g)

**Calories** per serving **110**

| Amount/serving | % DV | Amount/serving | % DV |
|---|---|---|---|
| **Total Fat** 10g | 12% | **Total Carbohydrate** 0g | 0% |
| Saturated Fat 6g | 32% | Fiber 0g | 0% |
| Trans Fat 0g | | Total Sugars 0g | |
| **Cholesterol** 30mg | 10% | Includes 0g Added Sugars | 0% |
| **Sodium** 200mg | 9% | **Protein** 7g | 14% |

Vitamin D 0% • Calcium 15% • Iron 0% • Potassium 0%

INGREDIENTS: PASTEURIZED MILK, CHEESE CULTURES, SALT, ENZYMES, ANNATTO (VEGETABLE COLOR).

DISTRIBUTED BY: BRUNCKHORST CO., NY, NY 11206-3886

0g TRANS FAT PER SERVING • GLUTEN FREE • GOOD SOURCE OF CALCIUM

GOOD SOURCE OF PROTEIN • MILK FROM COWS NOT TREATED WITH THE HORMONE

rBST* • SUITABLE FOR A VEGETARIAN DIET

*NO SIGNIFICANT DIFFERENCE HAS BEEN SHOWN BETWEEN MILK FROM rBST TREATED AND UNTREATED COWS.

© 2024 BOAR'S HEAD BRAND
BOARSHEAD.COM

15011-2822

0 42421 15011 7



# VERMONT CHEDDAR CHEESE

## Nutrition Facts

About 8 Servings

**Serving Size** 1oz(28g)

**Calories** per serving **110**

| Amount/serving | | % DV |
|---|---|---|
| **Total Fat** 10g | | 12% |
| Saturated Fat 6g | | 32% |
| Trans Fat 0g | | |
| **Cholesterol** 30mg | | 10% |
| **Sodium** 200mg | | 9% |
| Vitamin D 0% | • | Calcium 15% |

| Amount/serving | | % DV |
|---|---|---|
| **Total Carbohydrate** 0g | | 0% |
| Fiber 0g | | 0% |
| Total Sugars 0g | | |
| Includes 0g Added Sugars | | 0% |
| **Protein** 7g | | |
| Iron 0% | • | Potassium 0% |

Calcium 15%   •   9%   10%   32%   12%   14%

INGREDIENTS: PASTEURIZED MILK, CHEESE CULTURES, SALT, ENZYMES.

DISTRIBUTED BY: BRUNCKHORST CO., NY, NY 11206-3886

0g TRANS FAT PER SERVING • GLUTEN FREE • GOOD SOURCE OF CALCIUM
GOOD SOURCE OF PROTEIN • MILK FROM COWS NOT TREATED WITH THE
HORMONE rBST* • SUITABLE FOR A VEGETARIAN DIET
*NO SIGNIFICANT DIFFERENCE HAS BEEN SHOWN BETWEEN MILK FROM rBST TREATED AND UNTREATED COWS.

© 2024 BOAR'S HEAD BRAND
BOARSHEAD.COM

15012-2822

0  42421 15012  4



# Nutrition Facts

About 8 servings per container

**Serving size** 2 slices (28g)

**Amount per serving**

## Calories 110

% Daily Value*

| | |
|---|---|
| **Total Fat** 10g | **12%** |
| Saturated Fat 6g | **32%** |
| *Trans* Fat 0g | |
| Polyunsaturated Fat 0g | |
| Monounsaturated Fat 2g | |
| **Cholesterol** 30mg | **10%** |
| **Sodium** 200mg | **9%** |
| **Total Carbohydrate** 0g | **0%** |
| Dietary Fiber 0g | **0%** |
| Total Sugars 0g | |
| Includes 0g Added Sugars | **0%** |
| **Protein** 7g | **14%** |

Vit. D 0mcg 0%   •   Calcium 197mg 15%

Iron 0mg 0%   •   Potas. 23mg 0%

\* The % Daily Value tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.

## Boar's Head®

# VERMONT CHEDDAR CHEESE

**INGREDIENTS: PASTEURIZED MILK, CHEESE CULTURES, SALT, ENZYMES.**

**DISTRIBUTED BY: BRUNCKHORST CO., NY, NY 11206-3886**

**GLUTEN FREE
MILK FROM COWS NOT TREATED WITH THE HORMONE rBST***

*NO SIGNIFICANT DIFFERENCE HAS BEEN SHOWN BETWEEN MILK FROM rBST TREATED AND UNTREATED COWS.

**© 2024 BOAR'S HEAD BRAND
BOARSHEAD.COM
50009-9739**

**WITH INTERLEAF**



0   42421 50009   7

# Boar's Head

F O O D S E R V I C E



## VERMONT CHEDDAR CHEESE – YELLOW SLICED

## QUESO CHEDDAR VERMONT – AMARILLO REBANADO

**INGREDIENTS/INGREDIENTES:** PASTEURIZED MILK, CHEESE CULTURES, SALT, ENZYMES, ANNATTO (VEGETABLE COLOR)/LECHE PASTEURIZADA, CULTIVOS DE QUESO, SAL, ENZIMAS, ACHIOTE (COLOR VEGETAL).

## 44 SLICES/44 REBANADAS

**KEEP REFRIGERATED/MANTENER EN REFRIGERACIÓN**

### NET WT/PESO NETO: 32 OZ (2 LB) 907g

# Nutrition Facts/Datos de Nutrición

44 servings per container/44 porciones por recipiente
**Serving size 1 slice/Tamaño de la porción 1 rebanada** (21 g)

Amount per serving/Cantidad por porción
## Calories/Calorías 90

| | % Daily Value*/Valor Diario* |
|---|---|
| **Total Fat/Grasas totales** 7 g | **9%** |
| Sat fat/Grasas saturadas 4.5 g | **24%** |
| *Trans* fat/Grasas *trans* 0 g | |
| Polyunsat fat/Grasas poliinsat 0 g | |
| Monounsat fat/Grasas monoinsat 1.5 g | |
| **Cholest/Colesterol** 20 mg | **7%** |
| **Sodium/Sodio** 150 mg | **6%** |
| **Total carb/Carb totales** 0 g | **0%** |
| Fiber/Fibra dietética 0 g | **0%** |
| Total Sugars/Azúcares totales 0 g | |
| Incl 0g Added Sugars/Incluyen 0 g azúcares añadidos | **0%** |
| **Protein/Proteínas** 5 g | **10%** |
| Vit D/Vitamina D 0 mcg 0% | Calcium/Calcio 147 mg 10% |
| Iron/Hierro 0 mg 0% | Potassium/Potasio 17 mg 0% |

* The % Daily Value tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice. * El porcentaje de valores diarios (DV) indica cuánto contribuye un nutriente en una porción de alimento a una dieta diaria. 2,000 calorías al día se utilizan para el asesoramiento nutricional general.

Distributed by/Distribuido por: BRUNCKHORST CO., NY, NY 11206-3886
© 2018 Boar's Head Brand®  boarshead.com

15192

# Boar's Head



F O O D S E R V I C E



## VERMONT CHEDDAR CHEESE – WHITE SLICED

## QUESO CHEDDAR VERMONT – BLANCO REBANADO

**INGREDIENTS/INGREDIENTES:** PASTEURIZED MILK, CHEESE CULTURES, SALT, ENZYMES/LECHE PASTEURIZADA, CULTIVOS DE QUESO, SAL, ENZIMAS.

## 44 SLICES/44 REBANADAS

**KEEP REFRIGERATED/MANTENER EN REFRIGERACIÓN**

**NET WT/PESO NETO: 32 OZ (2 LB) 907g**

# Nutrition Facts/Datos de Nutrición

44 servings per container/44 porciones por recipiente

**Serving size 1 slice/Tamaño de la porción 1 rebanada (21 g)**

Amount per serving/Cantidad por porción

## Calories/Calorías 90

| | % Daily Value*/Valor Diario* |
|---|---|
| **Total Fat/Grasas totales** 7 g | **9%** |
| Sat fat/Grasas saturadas 4.5 g | **24%** |
| *Trans* fat/Grasas *trans* 0 g | |
| Polyunsat fat/Grasas poliinsat 0 g | |
| Monounsat fat/Grasas monoinsat 1.5 g | |
| **Cholest/Colesterol** 20 mg | **7%** |
| **Sodium/Sodio** 150 mg | **6%** |
| **Total carb/Carb totales** 0 g | **0%** |
| Fiber/Fibra dietética 0 g | **0%** |
| Total Sugars/Azúcares totales 0 g | |
| Incl 0g Added Sugars/Incluyen 0 g azúcares añadidos | **0%** |
| **Protein/Proteínas** 5 g | **10%** |

| | | |
|---|---|---|
| Vit D/Vitamina D 0 mcg 0% | • | Calcium/Calcio 147 mg 10% |
| Iron/Hierro 0 mg 0% | • | Potassium/Potasio 17 mg 0% |

\* The % Daily Value tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice. \* El porcentaje de valores diarios (DV) indica cuánto contribuye un nutriente en una porción de alimento a una dieta diaria. 2,000 calorías al día se utilizan para el asesoramiento nutricional general.

Distributed by/Distribuido por: BRUNCKHORST CO., NY, NY 11206-3886
© 2018 Boar's Head Brand® boarshead.com                    **15193**